District Judge Ricardo S. Martinez
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINGO GERMAN MACAVILCA PARCO (A# 93-100-565),

   Petitioner,

v.

NEIL CLARK,

   Respondent.

Case No.   C06-1346-RSL-MAT

(PROPOSED)
ORDER EXTENDING TIME

The Court having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

Respondent's Motion for Extension of Time is GRANTED.  Accordingly, Respondent shall have until November 17, 2006, in which to respond to the Petition for Writ of Habeas Corpus.

DATED this 2nd day of November, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER EXTENDING TIME  - 1
(C06-01346-RSM-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970