UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINGO GERMAN MACAVILCA PARCO,<br><br>        Petitioner,<br><br>   v.<br><br>NEIL CLARK,<br><br>        Respondent. | Case No. C06-1346L<br><br>ORDER DENYING HABEAS PETITION AND GRANTING MOTION TO DISMISS |

The Court, having reviewed Mr. Parco's habeas corpus petition (Dkt. #4), respondent's return and motion to dismiss (Dkt. #11), the Report and Recommendation ("R & R") of United States Magistrate Judge Mary Alice Theiler (Dkt. #16), petitioner's opposition to the R & R (Dkt. #17), and the remaining record, finds and orders as follows:

(1)     This Court adopts the R & R with the minor exception that this Court finds that petitioner is presently detained pursuant to section 236(c) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1226, rather than section 236(a).

(2)     Shortly after he was detained, Immigration and Customs Enforcement charged petitioner with an additional ground of inadmissibility on the basis of his conviction of a crime involving moral turpitude under INA § 212(a)(2)(A)(i)(I), 8

ORDER DENYING HABEAS PETITION
AND GRANTING MOTION TO DISMISS - 1

U.S.C. § 1182, which made him subject to mandatory detention under INA § 236(c)(1)(A), 8 U.S.C. § 1226. Accordingly, the Department of Homeland Security redetermined petitioner's custody, setting no bond, and the Immigration Judge affirmed that custody determination during a bond hearing on October 18, 2004. Dkt. #13 at pp. R67, R64. This different basis for custody, however, does not affect the outcome that Judge Theiler reaches and that this Court adopts;

(3) Petitioner's § 2241 habeas petition, Dkt. #4, is DENIED, and this action is DISMISSED with prejudice; and

(4) The Clerk shall send a copy of this Order to petitioner, all counsel of record, and the Honorable Mary Alice Theiler.

DATED this 24th day of May, 2007

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING HABEAS PETITION
AND GRANTING MOTION TO DISMISS - 2