UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
DOMINGO GERMAN MACAVILCA )
PARCO, ) No. C06-1346RSL
)
               Petitioner, ) ORDER DENYING PETITIONER'S
    v. ) MOTION FOR REQUEST FOR
) COPIES OF ALL DOCUMENTS
NEIL CLARK, ) FILED
)
               Respondent. )
_____)

      This matter comes before the Court on petitioner's "Motion for Request for Copies of All Documents Filed" (Dkt. #20). On May 24, 2007, the Court dismissed this action with prejudice. See Dkt. #18 (Order Denying Habeas Petition and Granting Motion to Dismiss); Dkt. #19 (Judgment). Accordingly, petitioner's motion for copies of the files in this matter (Dkt. #20) is DENIED AS MOOT. The Clerk shall send a copy of this Order to petitioner and all counsel of record.

      DATED this 1st day of October, 2007.

                                       /s/ Robert S. Lasnik
                                       Robert S. Lasnik
                                       United States District Judge

ORDER DENYING PETITIONER'S
MOTION FOR REQUEST FOR COPIES